# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ALEX SANTIAGO-SEGARRA**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400280**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 29 April 2014.
**Military Judge**: Maj N.A. Martz, USMC.
**Convening Authority**: Commanding Officer, Marine Corps Engineer School, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: LtCol M.E. Sayegh, USMC.
**For Appellant**: CDR Boyce Crocker, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**18 November 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court